UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SANDRA HACK,
an individual,

    Plaintiff,

v.                               Case No. 3:23-cv-124-HES-MCR

LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
a foreign corporation,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the "Joint Stipulation of Dismissal with Prejudice" (Dkt. 15).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation of Dismissal with Prejudice" (Dkt. 15) is **GRANTED**, and, pursuant to Fed. R. Civ. P. 41, this action is dismissed with prejudice, with each party to bear its own fees and costs; and

2. The Clerk is directed to terminate all pending motions and close this file.

2

DONE AND ENTERED at Jacksonville, Florida, this 28th day of June 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Herbert Michael Hill, Esq.
Michael Ann Woodard, Esq.
Lee W. Marcus, Esq.